**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1724**

---

OROBOLA OLADOKUN,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-348-717)

---

Submitted: February 28, 2005          Decided: March 17, 2005

---

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Babatunde A. Irukera, Olusola Oyeyemi, Chicago, Illinois, for Petitioner. Peter D. Keisler, Assistant Attorney General, Anthony W. Norwood, Senior Litigation Counsel, Joshua E. Braunstein, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orobola Oladokun, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen. The Board denied the motion because it was untimely and she failed to show her counsel's conduct was prejudicial. The Board further noted Oladokun did not challenge the central issue resulting in the denial of her application for suspension of deportation. Because Oladokun's brief filed in this court does not challenge the dispositive issues with respect to the denial of her motion to reopen, she has abandoned these issues. See United States v. Al-Hamdi, 356 F.3d 564, 571 n.8 (4th Cir. 2004); Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999). Accordingly, this court will not review the issues. The petition for review is denied. We also deny the motion for summary affirmance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED